S. A. HARRIS *vs.* GEORGE R. ROBINSON and another.

July 1, 1886.

Verdict sustained.

Appeal by defendants from an order of the district court for Hennepin county, *Lochren,* J., presiding, refusing a new trial.

*Robinson & Bartleson,* for appellants.

*Keith, Thompson & Webster,* for respondent.

*By the Court.* We have only had to consider whether the evidence in this case justified the verdict of the jury. An examination of the case has led us to the conclusion that the verdict was justified, and the order refusing a new trial is affirmed.